**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Northern(Santa Barbara) DIVISION**

| | | |
|---|---|---|
| In re:  AUTEC POWER SYSTEMS | § | Case No. 9:16-BK-12433 |
| INC. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/31/2016. The undersigned trustee was appointed on 12/31/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $   865,080.08

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9,742.55 |
| Bank service fees | 13,686.19 |
| Other payments to creditors | 532,015.99 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 309,635.35 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/09/2017 and the deadline for filing governmental claims was 06/29/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $46,491.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $46,491.50, for a total compensation of $46,491.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,256.50 for total expenses of $1,256.50[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2018                    By: /s/ Sandra K. McBeth
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  9:16-BK-12433

**Case Name:**  AUTEC POWER SYSTEMS INC.

**For Period Ending:**  09/20/2018

**Trustee Name:**  (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**  12/31/2016 (f)

**§ 341(a) Meeting Date:**  02/06/2017

**Claims Bar Date:**  06/09/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Checking Account at Citibank, xxxxxx6281<br>See Footnote (See Footnote) | 2,762.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo, xxxxxx2440<br>See Footnote | 34,289.00 | 34,289.00 | | 4,565.20 | FA |
| 3 | Checking Account at Wells Fargo, xxxxxx2959<br>See Foonote | 315,234.00 | 315,234.00 | | 373,461.21 | FA |
| 4 | Deposits.<br>See Footnote | 5,575.00 | 5,575.00 | | 0.00 | FA |
| 5 | Prepaid insurance<br>See Footnote | 11,595.00 | 11,595.00 | | 0.00 | FA |
| 6 | Other prepayments<br>See Footnote | 12,712.00 | 12,712.00 | | 0.00 | FA |
| 7 | A/R 90 days old or less. Face amount = $182025. Doubtful/Uncollectible accounts = $0.<br>Asset # 22 & 23 - adversary cases filed to collect A/R. | 182,025.00 | 182,025.00 | | 29,543.70 | FA |
| 8 | Finished goods: Inventory. Detailed list provided to Trustee, 12/31/2015, Net Book Value: 0, Valuation Method: Liquidation<br>See Footnote<br>5/16/17: Order Abandoning remaining unsold goods/inventory | 1,049,234.00 | 549,234.00 | OA | 145,494.50 | FA |
| 9 | Furniture and office equipment. Cost: $143,479.67.. Valuation Method: Liquidation<br>See Footnote<br>Receipts reflected in asset 10<br>5/16/17: Order Abandoning | 7,500.00 | 7,500.00 | OA | 0.00 | FA |
| 10 | Warehouse equipment. Includes forklift, racks, and other equipment. Cost: $19,400.34. Valuation Method: Liquidation<br>See Footnote<br>5/16/17: Order Abandoning | 5,000.00 | 5,000.00 | OA | 18,205.00 | FA |
| 11 | Engineering equipment. Cost: $163,142.73. Valuation Method: Liquidation<br>See Footnote<br>Receipts reflected in asset 10<br>5/16/17: Order Abandoning | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 12 | Production Equipment. Cost: $145,041. Valuation Method: Liquidation<br>See Footnote<br>Receipts reflected in asset 10<br>5/16/17: Order Abandoning | 6,000.00 | 6,000.00 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:** 9:16-BK-12433

**Case Name:** AUTEC POWER SYSTEMS INC.

**Trustee Name:** (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):** 12/31/2016 (f)

**§ 341(a) Meeting Date:** 02/06/2017

**For Period Ending:** 09/20/2018

**Claims Bar Date:** 06/09/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Intellectual Property on models manufactured by Autec include: 1-FP2011-U1 2- DT36 series 3- LWX-096-xxxSx series 4- LWC050 series 5-LWC075 series 6- LWC100 series 7-LWV050 series 8- LWV075 series 9-LWV100 series 10-DT-250-XX series 11-CPS250-1005 12-CPS60-1121-R 13-FG-423-41 14-SP-250-XX-B series 15-SP75 series 16-UPS25-2002 17-DT-M250-XX series 18-DTM-36 Series 19-SP-M250-XX-B series 20-LSWC-120 series 21-LSWC-150 series 22-LSWV-150 series. Valuation Method: Liquidation<br>See Footnote | 100,000.00 | 100,000.00 | | 139,597.50 | FA |
| 14 | Patents pending. Value included in information on models manufactured by Autec. Valuation Method:<br>See Footnote<br>Receipts reflected in asset 13 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 15 | autec.com. Valuation Method: Liquidation<br>See Footnote | 1,000.00 | 1,000.00 | | 827.50 | FA |
| 16 | Customer list. Provided separately to Trustee. Debtor's officers will work with Trustee to determine value. Valuation Method:<br>See Footnote | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Autec Power Systems trademark. Valuation Method: Liquidation<br>See Footnote | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 18 | Claim against Shinelight. Shinelight needs to be added as cross defendant or independently sued for claims by Zon LED against Autec, Defective products, fraud, negligence, misrepresentation. Amount Requested: $0 | 4,000,000.00 | 0.00 | | 0.00 | FA |
| 19 | Refund on VSP Group plan (u) | 0.00 | 0.00 | | 28.14 | FA |
| 20 | Underwriters Laboratories account for file **4592 (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 21 | Preference to Frontier Electronics (u)<br>Original claim offset by administrative rent.  Recovery per settlement, 95% of the offset sum. | 0.00 | 100,000.00 | | 48,610.00 | FA |
| 22 | ADV #17-01055: Turnover of account receivable from Lightolier, a division of Philips Lighting<br>Part of asset # 7.  Listed separately due to adversary case filed.  Per approved settlement.  Total amount not listed here to avoid duplication, but listed in asset #7. | 0.00 | 0.00 | | 7,156.35 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 3

**Case No.:**  9:16-BK-12433

**Case Name:**  AUTEC POWER SYSTEMS INC.

**For Period Ending:**  09/20/2018

**Trustee Name:**  (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**  12/31/2016 (f)

**§ 341(a) Meeting Date:**  02/06/2017

**Claims Bar Date:**  06/09/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | ADV #17-01053: Turnover of account receivable from Arrow Electronics Inc<br><br>Part of asset # 7.  Listed separately due to adversary case filed, but totals included in asset #7 and not repeated here. | 0.00 | 0.00 | | 77,140.98 | FA |
| 24 | Tax refund (u) | 0.00 | 0.00 | | 200.00 | FA |
| **24** | **Assets Totals (Excluding unknown values)** | **$5,837,926.00** | **$1,455,164.00** | | **$864,830.08** | **$0.00** |

RE PROP# 1    Citibank maintains a UCC lien on assets 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17.  Disputed as to perfected against
assets 2 and 3.  Lien noted on assets 1 and 8 only for purposes of reporting.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 4

**Case No.:**  9:16-BK-12433

**Case Name:**   AUTEC POWER SYSTEMS INC.

**For Period Ending:**  09/20/2018

**Trustee Name:**   (007780) Sandra K. McBeth

**Date Filed (f) or Converted (c):**   12/31/2016 (f)

**§ 341(a) Meeting Date:**   02/06/2017

**Claims Bar Date:**   06/09/2017

**Major Activities Affecting Case Closing:**

For period ending 3/31/18: Completed collection of account receivables and liquidation of assets.  Obtained authority for and paid secured creditor, after resolution of its claim, from proceeds.  Preference action against Frontier, company owned by principal's wife, settled with offset for rents.  Action against principal dismissed after documents and information finally obtained.  Remaining inventory and equipment abandoned, as no reasonable buyer obtained.  Advised the inventory is old and no longer useful.  Some discussions with large creditor re insurance assignment, but nothing completed.   Accountant to prepare final tax return, no tax issues currently present.  No claims objections necessary.  ETFR moved up based on final liquidation and tax returns.

For period ending 3/31/17: Electronics company which produced power strips (mfg in China), with UL certifications and plans/drawings/trademark ceased operations at end of year.  Warehouse full of inventory, A/R and funds on hand in accounts.  Funds collected, some A/R collected, small group of inventory sold to customer for whom it was made, Demicom purchased IP, equipment, trademark and very small amount of inventory.  Siemens paid the estate for authorization to use UL on their product.  Potential preferences and A/R to be pursued.  General counsel employed.  Regis Boyle employed to assist with liquidation.  401(k) terminated by plan administrator.  CPA employed and handled estate returns, tax issues on sales.  No other tax issues present.  Balance of inventory to be auctioned or abandoned.

For period ending 3/31/17
1. Application to Employ Griffith & Thornburg NPT to 1/4/17 filed.
2. Application to Employ Kathy Klein as CPA for Estate filed.
3. Application to Employ Regis as Paraprofessional for estate filed.
4. Motion for Cash disbursement to pay insurance filed.
5.  Negotiated sale of partial inventory to Harman at market price.  Motion filed and noticed on short time.
6.  Negotiated sale of IP, equipment and small inventory to Mr. Bunny, motion filed and noticed on short time. Hrg set 3/21/17.
7.  IP documents received on thumb drive 3/7.  In lockbox pending sale to Mr. Bunny.
8.  Waiting for underlying invoices to send out demands.
9.  Contacted Wespac re termination of 401k.  Debtor requested termination 30 days before filing, so process underway.  As of 3/16, all but two have removed their funds, and Wespac will finish up.
10. Negotiated sale of UL File No. S24592 Trademark to Siemens Industry at market price.  Motion filed and noticed on short time.
11.  Overbid at hearing on sale to Mr. Bunny, sold to overbidder DemiCom, Inc. for $165,500.00, Bunny backup bid at $160,500
For period ending 3/31/18
12.  Sale of UL rights to Siemens, $20k, approved.
13.  Some documents re preference payments received, requested additional cancelled checks and bank statements 4/4/17.
14.  401k plan fully distributed.
15. Stipulation with Demicom, Inc. Regarding Estate's Refund of $250 Deposit by Demicom, Inc.
16. Notice of Intent to Abandon Assets filed.
17.  Demand to Frontier on preference.  Settlement reached and paid.
18.  Settlement with Frontier approved by Court. Motion to Approve Compromise filed.
19.  Complaint against Winston Gu for Recovery of money/property
20. Complaint against Arrow Electronics, Inc.. for Recovery of money/property & turnover of property
21.  Complaint against Philips Electronics North America Corporation, Philips Lighting, Lightolier, a division of Philip sfor Recovery of money/property & turnover of property
22. Motion to Approve Compromise with Defendants Lightolier, Philips Lighting and Philips North America Corporation filed
23. Motion to Approve Compromise with Defendant Citibank filed
24. Motion to Approve Compromise  with Defendant Arrow Electronics, Inc. filed
25.  Dismiss Gu adversary upon review of accounting information provided by Debtor in discovery.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 5

| | |
|---|---|
| **Case No.:**  9:16-BK-12433 | **Trustee Name:**  (007780) Sandra K. McBeth |
| **Case Name:**   AUTEC POWER SYSTEMS INC. | **Date Filed (f) or Converted (c):**   12/31/2016 (f) |
| | **§ 341(a) Meeting Date:**   02/06/2017 |
| **For Period Ending:**  09/20/2018 | **Claims Bar Date:**   06/09/2017 |

26. 2018 FTB fee admin claim. received.  $800.  Sent to CPA
27.  Per discussion with counsel, no objections to claims necessary.
28.  Advised Zon we will stipulate to relief if they want to pursue insurance, we will not hold case open to get involved.
29.  Advised CPA 2017 will be final return.
For period ending 3/31/19
30.  Final estate returns signed and mailed.
31. Request for court costs filed. Notice to Pay Court Costs Due $1050.00. Claim created.
32. Notice to Professionals filed.
33. Final Fee Application filed by paraprofessional Regis Boyle.  Claim created.
34. Final Fee Application filed by Attorney Griffith & Thornburgh.  Claim created.
35. Final Fee Application filed by CPA K. Klein.  Claim created.
36. Claim Objection to #20 & 21 for late filed claims filed.  Hearing set for 8/7/18.
37.  Emails to claims 4,9 and 16 for resolution of priority portion of the claim, deadline 8/29/18 for response. If necessary, will file objections.
38. Stipulation with Creditor WWPM Inc re Claim #4 & 9 to allow Claim #4 as a priority claim in the amount of $12,850.00, and as a general unsecured claim in the amount of $1,888.52; and disallowing Claim #9 as duplicate of Claim 4 filed.
39. Stipulation with Creditor Tiger Electronics re Claim 16 to allow priority claim in the amount of $12,850.00 and as a general unsecured claim in the amount of $52,822.16 filed

---

1/23/17: Periodic review of case and update. Order approving application to Employ Griffith & Thornburg NPT to 1/4/17 entered
2/13/17: Order approving application to Employ Kathy Klein as CPA for Estate entered
2/13/17: Order approving application to Employ Regis as Paraprofessional for estate entered
2/13/17: Order approving Motion for Cash disbursement to pay insurance entered
2/14/17: Order approving sale of partial inventory to Harman. Entered.
2/17/17: Amended Order re Sale of Partial Inventory to Harman (to update inventory purchased) entered.
3/15/17: monthly a/r summary report to counsel for the bank.
3/21/17: Order approving sale to Demicom, Inc. and backup bid of Bunny. Entered.
4/4/17 - Order approving sale of UL rights to Siemens. Entered.
4/6/17 - Order approving Stipulation with Demicom, Inc. re Estate's Refund of $250 Deposit by Demicom, Inc. entered
4/7/17 - email from attorney Mansfield advising no further contact directly by Mr. Cohen to Mr. Gu.
4/7/17 - email from plan administrator that all retirement benefits in 401k have been distributed.  No further action needed. Periodic review of case and update.
6/28/17 - Preference complaint filed against Mr. Gu, principal, for loan payments made in 2016. Periodic review of case and update.
7/11/17 - Order approving compromise with Frontier on Preference. Entered.  (payment previously received).
7/14/17 - adversaries filed against Arrow and Philips on A/R.
9/7/17 - 2016 Estate returns signed and mailed.  No tax due.
9/18/1 - Order approving settlement with Lightolier, Philips Lighting and Philips North America Corporation entered
9/19/17 - Periodic review of case, tax issues and update.
10/02/17 - Order approving settlement with Citibank, payment on secured claim. Entered.
10/02/17 - Order approving settlement of adversary with Arrow. Entered.
10/18/17 - Confirmation final 401k return filed by administrator.
11/28/17 - Stipulation to dismiss Gu adversary. Filed. Dismissal Entered.
12/21/17 - Periodic review of case and update.
3/15/18 - Periodic review of case and update.
4/1/18 - CPA advised final return.
5/1/18 - Final returns signed and mailed.
6/6/18 - Federal Tax letter, acknowledgement not selected for audit. Received.
8/8/18: Order on Trustee's Claim Objection to #20 & 21 for late filed claims entered
9/11/18: Order approving Stipulation with Creditor WWPM Inc re Claim 4 & 9 entered
9/11/18: Order approving Stipulation with Creditor Tiger Electronics re Claim 16 entered

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 6

| | |
|---|---|
| **Case No.:**  9:16-BK-12433 | **Trustee Name:**   (007780) Sandra K. McBeth |
| **Case Name:**   AUTEC POWER SYSTEMS INC. | **Date Filed (f) or Converted (c):**   12/31/2016 (f) |
| | **§ 341(a) Meeting Date:**   02/06/2017 |
| **For Period Ending:**   09/20/2018 | **Claims Bar Date:**   06/09/2017 |

**Initial Projected Date Of Final Report (TFR):**  08/30/2019          **Current Projected Date Of Final Report (TFR):**   12/15/2018

|  | |
|---|---|
| 09/20/2018 | /s/Sandra K. McBeth |
| Date | Sandra K. McBeth |

**UST Form 101-7-TFR (5/1/2011)**

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:16-BK-12433 | |
| **Case Name:** | AUTEC POWER SYSTEMS INC. | |
| **Taxpayer ID #:** | **-***5436 | |
| **For Period Ending:** | 09/20/2018 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1600 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/11/17 | {2} | Wells Fargo Bank | Bank account turnover | 1129-000 | 4,005.52 | | 4,005.52 |
| 01/11/17 | {2} | Wells Fargo Bank | Bank account turnover | 1129-000 | 559.68 | | 4,565.20 |
| 01/16/17 | {3} | Wells Fargo Bank, NA | Turnover of funds held in primary account as of date petition filed. | 1129-000 | 326,279.83 | | 330,845.03 |
| 01/16/17 | {7} | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 21,220.46 | | 352,065.49 |
| 01/16/17 | {7} | LDV | Collection of pre-petition receivable | 1121-000 | 3,990.00 | | 356,055.49 |
| 01/24/17 | {3} | Wells Fargo Bank, NA | Turnover of funds held in primary account | 1129-000 | 40,658.18 | | 396,713.67 |
| 01/30/17 | {7} | CED, Inc | Collection of pre-petition receivable | 1121-000 | 77.76 | | 396,791.43 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 253.95 | 396,537.48 |
| 02/02/17 | {7} | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 1,481.48 | | 398,018.96 |
| 02/02/17 | {7} | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 854.70 | | 398,873.66 |
| 02/02/17 | {8} | AMX LLC | Deposit for portion of inventory | 1129-000 | 85,075.38 | | 483,949.04 |
| 02/08/17 | {7} | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 1,139.60 | | 485,088.64 |
| 02/08/17 | {3} | Wells Fargo Bank, NA | Turnover of funds held in primary account | 1129-000 | 6,523.20 | | 491,611.84 |
| 02/13/17 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT AS OF 02/03/2017, BOND PREMIUM NO. *****0867 PER GENERAL ORDER 00-01 | 2300-000 | | 40.09 | 491,571.75 |
| 02/14/17 | {7} | Master Elecronics | Collection of pre-petition A/R. | 1121-000 | 754.70 | | 492,326.45 |
| 02/14/17 | {19} | VSP | vision insurance premium refund | 1290-000 | 28.14 | | 492,354.59 |
| 02/15/17 | {8} | AMX LLC (Harman) | Purchase of inventory | 1129-000 | 85,075.37 | | 577,429.96 |
| 02/15/17 | 102 | Trustee Insurance Agency . | Insurance for inventory and equipment, paid per Order entered 2/13/17 | 2420-750 | | 8,250.00 | 569,179.96 |
| 02/22/17 | 103 {8} | Harman International Industries, Incorporated | Refund of difference between deposit and value of parts unavailable to buyer, paid per Order entered 2/17/17 | 1129-002 | -31,276.25 | | 537,903.71 |
| 02/28/17 | | Delco Power-Bassam Bunny | Deposit for purchase of Assets | | 62,750.00 | | 600,653.71 |
| | {8} | | small portion of inventory $2,500.00 | 1129-000 | | | 600,653.71 |
| | {10} | | Assets 9-12, office warehouse and engineering equipment $7,000.00 | 1129-000 | | | 600,653.71 |
| | {13} | | IP - assets 13 and 14 $53,000.00 | 1129-000 | | | 600,653.71 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$609,197.75** | **$8,544.04** |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:16-BK-12433 | Trustee Name: | Sandra K. McBeth (007780) |
|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5436 | Account #: | ******1600 Checking |
| For Period Ending: | 09/20/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {15} | | domain name | 1129-000 | | | 600,653.71 |
| | | | $250.00 | | | | |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 700.21 | 599,953.50 |
| 03/21/17 | | Demicom, Inc | Overbid deposit for purchase of IP, FFE and small amount of inventory | | 62,750.00 | | 662,703.50 |
| | {8} | | Small portion of inventory | 1129-000 | | | 662,703.50 |
| | | | $2,500.00 | | | | |
| | {10} | | assets 9-12, machinery, office and production equipment | 1129-000 | | | 662,703.50 |
| | | | $7,000.00 | | | | |
| | {13} | | IP - assets 13 and 14 | 1129-000 | | | 662,703.50 |
| | | | $53,000.00 | | | | |
| | {15} | | domain name | 1129-000 | | | 662,703.50 |
| | | | $250.00 | | | | |
| 03/27/17 | | DEMICOM, INC. DBA UNIXO | balance of purchase of IP, equipment, fixtures | | 103,000.00 | | 765,703.50 |
| | {8} | | Small portion of inventory | 1129-000 | | | 765,703.50 |
| | | | $4,120.00 | | | | |
| | {10} | | office warehouse equipment, engineering equip | 1129-000 | | | 765,703.50 |
| | | | $11,205.00 | | | | |
| | {13} | | IP - assets 13 and 14 | 1129-000 | | | 765,703.50 |
| | | | $86,847.50 | | | | |
| | {15} | | domain name | 1129-000 | | | 765,703.50 |
| | | | $577.50 | | | | |
| | | | overpayment, to be refunded | 1280-002 | | | 765,703.50 |
| | | | $250.00 | | | | |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 940.03 | 764,763.47 |
| 04/05/17 | 104 | International Sureties LTD | Bond Premium Payment as of 4/4/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 78.82 | 764,684.65 |
| 04/06/17 | 105 | Trustee Insurance Agency . | Insurance for inventory and equipment, paid per Order entered 2/13/17 | 2420-750 | | 419.17 | 764,265.48 |
| 04/06/17 | 106 {13} | DemiCom | Refund of overpayment | 1129-002 | -250.00 | | 764,015.48 |
| 04/10/17 | {20} | Siemens Industry Inc | ACH Deposit - Purchase of Underwriters Laboratories account for file **4592 | 1229-000 | 20,000.00 | | 784,015.48 |

|  | | | Page Subtotals: | | **$185,500.00** | **$2,138.23** | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:16-BK-12433 | |
| **Case Name:** | AUTEC POWER SYSTEMS INC. | |
| **Taxpayer ID #:** | **-***5436 | |
| **For Period Ending:** | 09/20/2018 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1600 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/17 | 107 | Delco Power | Refund of deposit for purchase of assets, paid per Order entered March 21, 2017 | | -62,750.00 | | 721,265.48 |
| | {13} | | Refund of deposit for purchase of assets, paid per Order entered March 21, 2017  -$53,000.00 | 1129-002 | | | 721,265.48 |
| | {10} | | Refund for deposit, assets 9-12  -$7,000.00 | 1129-002 | | | 721,265.48 |
| | {8} | | Refund for deposit for purchase of assets  -$2,500.00 | 1129-002 | | | 721,265.48 |
| | {15} | | Refund of deposit  -$250.00 | 1129-002 | | | 721,265.48 |
| 04/27/17 | 108 | Trustee Insurance Agency . | Insurance for inventory and equipment, paid per Order entered 2/13/17 | 2420-750 | | 750.00 | 720,515.48 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,022.28 | 719,493.20 |
| 05/02/17 | 109 | International Sureties LTD | Bond Premium Payment as of 5/2/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 23.19 | 719,470.01 |
| 05/08/17 | {7} | Eastern Components Sales Corp | Account receivable - Invoice 62665 | 1121-000 | 25.00 | | 719,495.01 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,138.77 | 718,356.24 |
| 06/01/17 | {21} | Frontier Electronics | Turnover of demand from preference payment | 1241-000 | 48,610.00 | | 766,966.24 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,100.83 | 765,865.41 |
| 07/06/17 | 110 | International Sureties LTD | Bond Premium Payment as of 7/6/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 8.95 | 765,856.46 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,064.85 | 764,791.61 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,210.14 | 763,581.47 |
| 09/28/17 | {22} | Griffith & Thornburgh, LLP | Turnover of the account receivable from Lightolier, a division of Philips Lighting | 1121-000 | 7,156.35 | | 770,737.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,062.03 | 769,675.79 |
| 10/03/17 | 111 | Citibank NA | Paid per Order entered 10/2/17 | 4210-000 | | 532,015.99 | 237,659.80 |

**Page Subtotals:**    -$6,958.65    $539,397.03

# Form 2

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:16-BK-12433 | |
| **Case Name:** | AUTEC POWER SYSTEMS INC. | |
| **Taxpayer ID #:** | **-***5436 | |
| **For Period Ending:** | 09/20/2018 | |

| | |
|---|---|
| **Trustee Name:** | Sandra K. McBeth (007780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1600 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/17 | {23} | Griffith & Thornburgh, LLP | Turnover of the account receivable from Arrow Electronics | 1121-000 | 77,140.98 | | 314,800.78 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 643.04 | 314,157.74 |
| 11/27/17 | {24} | State of California | 2016 tax refund (overpayment) | 1224-000 | 200.00 | | 314,357.74 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 451.89 | 313,905.85 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 436.45 | 313,469.40 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 495.96 | 312,973.44 |
| 02/05/18 | 112 | International Sureties LTD | Bond Premium Payment as of 01/04/2018 [effective date], Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 172.33 | 312,801.11 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 420.05 | 312,381.06 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 449.31 | 311,931.75 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 433.71 | 311,498.04 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 492.89 | 311,005.15 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 432.42 | 310,572.73 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 476.49 | 310,096.24 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 460.89 | 309,635.35 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 865,080.08 | 555,444.73 | **$309,635.35** |
| Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| **Subtotal** | **865,080.08** | **555,444.73** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$865,080.08** | **$555,444.73** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 9:16-BK-12433 | **Trustee Name:** | Sandra K. McBeth (007780) |
| **Case Name:** | AUTEC POWER SYSTEMS INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5436 | **Account #:** | ******1600 Checking |
| **For Period Ending:** | 09/20/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1600 Checking | $865,080.08 | $555,444.73 | $309,635.35 |
| | **$865,080.08** | **$555,444.73** | **$309,635.35** |

09/20/2018
_____
Date

/s/Sandra K. McBeth
_____
Sandra K. McBeth

UST Form 101-7-TFR (5/1/2011)

# Central District of California
# Claims Register

### 9:16-bk-12433-DS Autec Power Systems Inc.

| | |
|---|---|
| **Judge:** Deborah J. Saltzman | **Chapter:** 7 |
| **Office:** Santa Barbara | **Last Date to file claims:** 06/09/2017 |
| **Trustee:** Sandra McBeth (TR) | **Last Date to file (Govt):** 06/29/2017 |

| Creditor:    (37560621)<br>Billiontek Group<br>c/o Deheng Law Office<br>PO Box 5932<br>Sherman Oaks, CA 91413 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 01/17/2017<br>*Original Entered*<br>*Date:* 01/17/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $204612.49 | | |
|---|---|---|---|---|

| *History:* | | | |
|---|---|---|---|
| Details | 1-1 | 01/17/2017 | Claim #1 filed by Billiontek Group, Amount claimed: $204612.49 (Ortiz, Amber) |

| *Description:* | OK |
|---|---|

| *Remarks:* | |
|---|---|

| Creditor:    (37586995)<br>Citibank, N.A. c/o Squire Patton Boggs (US)<br>LLP<br>Attn: Daniel H. Wu<br>555 S. Flower Street, 31st Floor<br>Los Angeles, CA 90071 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 01/31/2017<br>*Original Entered*<br>*Date:* 01/31/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Daniel H Wu<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $500062.50 | | |
|---|---|---|---|---|
| Secured | claimed: | $500062.50 | | |

| *History:* | | | |
|---|---|---|---|
| Details | 2-1 | 01/31/2017 | Claim #2 filed by Citibank, N.A. c/o Squire Patton Boggs (US) LLP, Amount claimed: $500062.50 (Wu, Daniel) |

| *Description:* | $528,613.21 agreed amount of claim, with interest at 69.44444 per day from August 16, 2017 |
|---|---|
| *Remarks:* | through October 3, 2017 in the sum of $3402.78 for a total of $532,015.99.<br>Paid 10/3/17 per Order entered 10/2/17. |

| Creditor:    (37613695)<br>Dun & Bradstreet<br>c/o RMS Bankruptcy Services<br>P.O. Box 361345<br>Columbus, OH 43236 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 02/16/2017<br>*Original Entered*<br>*Date:* 02/16/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Rita Casey<br>*Modified:* |
|---|---|---|

| *History:* | | | |
|---|---|---|---|
| Details | 3-1 | 02/16/2017 | Claim #3 filed by Dun & Bradstreet, Amount claimed: $61.00 (Casey, Rita) |

| *Description:* | OK |
|---|---|

| *Remarks:* | |
|---|---|

| Amount | claimed: | $61.00 | | ‖‖ |

**History:**

| Details | | 3-1 | 02/16/2017 | Claim #3 filed by Dun & Bradstreet, Amount claimed: $61.00 (Casey, Rita) |

**Description:**

**Remarks:**

---

| Creditor:    (37623130)<br>WWPM, Inc.<br>2831 East Eldorado Parkway Ste 103-177<br>Frisco, TX 75033 | **Claim No: 4**<br>*Original Filed*<br>*Date*: 02/21/2017<br>*Original Entered*<br>*Date*: 02/21/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |

| Amount | claimed: | $14738.52 | | ‖‖ |
| Priority | claimed: | $12475.00 | | ‖‖ |

**History:**

| Details | | 4-1 | 02/21/2017 | Claim #4 filed by WWPM, Inc., Amount claimed: $14738.52 (Ortiz, Amber) |

**Description:**  9/11/18: Order approving Stipulation re allowing Claim #4 as a priority claim in the amount of

**Remarks:**  $12,850.00, and as a general unsecured claim in the amount of $1,888.52 entered

---

| Creditor:    (37662371)<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **Claim No: 5**<br>*Original Filed*<br>*Date*: 03/10/2017<br>*Original Entered*<br>*Date*: 03/10/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Rebecca Estonilo<br>*Modified:* |

| Amount | claimed: | $0.00 | | ‖ |

**History:**

| Details | | 5-1 | 03/10/2017 | Claim #5 filed by FRANCHISE TAX BOARD, Amount claimed: $0.00 (Estonilo, Rebecca) |

**Description:** (5-1) Claim Filed    OK

**Remarks:**

---

| Creditor:    (37662372)<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **Claim No: 6**<br>*Original Filed*<br>*Date*: 03/10/2017<br>*Original Entered*<br>*Date*: 03/10/2017<br>*Last Amendment* | *Status:*<br>*Filed by:* CR<br>*Entered by:* Bee Xiong<br>*Modified:* |

**History:**

| Details | | 6-1 | 03/10/2017 | Claim #6 filed by FRANCHISE TAX BOARD, Amount claimed: $800.00 (Estonilo, Rebecca) |
| Details | | 6-2 | 01/11/2018 | Amended Claim #6 filed by FRANCHISE TAX BOARD, Amount claimed: $800.00 (Xiong, Bee) |

**Description:** (6-1) Claim Filed<br>(6-2) Claim Filed    OK

**Remarks:**

*Filed*: 01/11/2018
*Last Amendment*
*Entered*: 01/11/2018

| Amount | claimed: | $800.00 | | ‖ |
| Priority | claimed: | $800.00 | | ‖ |

*History*:

| Details | | 6-1 | 03/10/2017 | Claim #6 filed by FRANCHISE TAX BOARD, Amount claimed: $800.00 (Estonilo, Rebecca) |
| Details | | 6-2 | 01/11/2018 | Amended Claim #6 filed by FRANCHISE TAX BOARD, Amount claimed: $800.00 (Xiong, Bee) |

*Description:* (6-1) Claim Filed
(6-2) Claim Filed          OK

*Remarks:*

---

| *Creditor:*          (37669121) | *Claim No: 7* | *Status:* |
| FEDEX CORPORATE SERVICES INC | *Original Filed* | *Filed by:* CR |
| 3965 AIRWAYS BLVD MODULE G 3RD | *Date:* 03/14/2017 | *Entered by:* Brad Handy |
| FLOOR | *Original Entered* | *Modified:* |
| MEMPHIS TN 38116-5017 | *Date:* 03/14/2017 | |

| Amount | claimed: | $1210.64 | | ‖ |

*History*:

| Details | | 7-1 | 03/14/2017 | Claim #7 filed by FEDEX CORPORATE SERVICES INC, Amount claimed: $1210.64 (Handy, Brad) |

*Description:*          OK

*Remarks:*

---

| *Creditor:*          (37680144) | *Claim No: 8* | *Status:* |
| Vencient Barnes | *Original Filed* | *Filed by:* CR |
| 1235 Port Royal Court | *Date:* 03/20/2017 | *Entered by:* Amber Ortiz |
| Savannah, TX 76227 | *Original Entered* | *Modified:* |
| | *Date:* 03/20/2017 | |

| Amount | claimed: | $102393.76 | | ‖ |

*History*:

| Details | | 8-1 | 03/20/2017 | Claim #8 filed by Vencient Barnes, Amount claimed: $102393.76 (Ortiz, Amber) |

*Description:*          OK

*Remarks:*

---

| *Creditor:*          (37623130) | *Claim No: 9* | *Status:* |
| WWPM, Inc. | *Original Filed* | *Filed by:* CR |
| 2831 East Eldorado Parkway Ste 103-177 | *Date:* 03/20/2017 | *Entered by:* Amber Ortiz |

*History*:

| Details | | 9-1 | 03/20/2017 | Claim #9 filed by WWPM, Inc., Amount claimed: $15072.99 (Ortiz, Amber) |

*Description:* 9/11/18: Order entered approving Stipulation re disallowing claim as duplicate of Claim #4

*Remarks:*

| | | | |
|---|---|---|---|
| Frisco, TX 75033 | | *Original Entered Date*: 03/20/2017 | *Modified*: |

| | | | |
|---|---|---|---|
| Amount | claimed: | $15072.99 | |
| Priority | claimed: | $14738.52 | |

| *History:* | | | |
|---|---|---|---|
| Details | 9-1 | 03/20/2017 | Claim #9 filed by WWPM, Inc., Amount claimed: $15072.99 (Ortiz, Amber) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| *Creditor:* (37541467)<br>Super X Manufacturing Ltd<br>6/F Citicorp Center<br>18 Whitfield Road<br>Causeway Bay Hong Kong | **Claim No: 10**<br>*Original Filed Date:* 04/04/2017<br>*Original Entered Date:* 04/04/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |
|---|---|---|

| | | |
|---|---|---|
| Amount | claimed: | $247.30 |

| *History:* | | | |
|---|---|---|---|
| Details | 10-1 | 04/04/2017 | Claim #10 filed by Super X Manufacturing Ltd, Amount claimed: $247.30 (Ortiz, Amber) |

| *Description:* | OK |
|---|---|

| *Remarks:* |
|---|

| *Creditor:* (37541475)<br>Zon LED, LLC<br>51887 Filomena Dr.<br>Shelby Charter Township, MI 48315 | **Claim No: 11**<br>*Original Filed Date:* 04/10/2017<br>*Original Entered Date:* 04/10/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |
|---|---|---|

| | | |
|---|---|---|
| Amount | claimed: | $2088407.15 |

| *History:* | | | |
|---|---|---|---|
| Details | 11-1 | 04/10/2017 | Claim #11 filed by Zon LED, LLC, Amount claimed: $2088407.15 (Ortiz, Amber) |

| *Description:* | OK |
|---|---|

| *Remarks:* |
|---|

| *Creditor:* (37541456)<br>Inventronics USA, Inc.<br>2825 S. Tulsa Avenue<br>Oklahoma City, OK 73108 | **Claim No: 12**<br>*Original Filed Date:* 04/27/2017<br>*Original Entered Date:* 04/27/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |
|---|---|---|

| *History:* | | | |
|---|---|---|---|
| Details | 12-1 | 04/27/2017 | Claim #12 filed by Inventronics USA, Inc., Amount claimed: $762.96 (Ortiz, Amber) |

| *Description:* | OK |
|---|---|

| *Remarks:* |
|---|

| Amount claimed: | $762.96 | | |
| --- | --- | --- | --- |

**History:**

| Details | 12-1 | 04/27/2017 | Claim #12 filed by Inventronics USA, Inc., Amount claimed: $762.96 (Ortiz, Amber) |
| --- | --- | --- | --- |

*Description:* OK

*Remarks:*

---

| *Creditor:* (37541456)<br>Inventronics USA, Inc.<br>2825 S. Tulsa Avenue<br>Oklahoma City, OK 73108 | **Claim No: 13**<br>*Original Filed<br>Date:* 04/27/2017<br>*Original Entered<br>Date:* 04/27/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |
| --- | --- | --- |

| Amount claimed: | $87630.45 | | |
| --- | --- | --- | --- |

**History:**

| Details | 13-1 | 04/27/2017 | Claim #13 filed by Inventronics USA, Inc., Amount claimed: $87630.45 (Ortiz, Amber) |
| --- | --- | --- | --- |

*Description:* OK

*Remarks:*

---

| *Creditor:* (37775907)<br>Eastern Components Sales Corp.<br>Timothy J. Murphy<br>903 Masters Manor Rd<br>Doylestown, PA 18901 | **Claim No: 14**<br>*Original Filed<br>Date:* 05/01/2017<br>*Original Entered<br>Date:* 05/01/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |
| --- | --- | --- |

| Amount claimed: | $4100.90 | | |
| --- | --- | --- | --- |
| Priority claimed: | $4100.90 | | |

**History:**

| Details | 14-1 | 05/01/2017 | Claim #14 filed by Eastern Components Sales Corp., Amount claimed: $4100.90 (Ortiz, Amber) |
| --- | --- | --- | --- |

*Description:* OK

*Remarks:*

---

| *Creditor:* (37802638)<br>Leader Electronics Inc.<br>2901 S Harbor Blvd<br>Santa Ana, CA 92704 | **Claim No: 15**<br>*Original Filed<br>Date:* 05/15/2017<br>*Original Entered<br>Date:* 05/15/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amber Ortiz<br>*Modified:* |
| --- | --- | --- |

| Amount claimed: | $510140.07 | | |
| --- | --- | --- | --- |

**History:**

| Details | 15-1 | 05/15/2017 | Claim #15 filed by Leader Electronics Inc., Amount claimed: $510140.07 (Ortiz, Amber) |
| --- | --- | --- | --- |

*Description:* OK

*Remarks:*

| Creditor:    (37832331) | Claim No: 16 | Status: |
|---|---|---|
| Tiger Electronic Inc. | *Original Filed Date*: 05/30/2017 | *Filed by*: CR |
| 352 Park St Suite 102W | | *Entered by*: Amber Ortiz |
| North Reading MA 01864 | *Original Entered Date*: 05/30/2017 | *Modified*: |

| Amount claimed: | $65672.15 |  |  |
|---|---|---|---|
| Priority claimed: | $65672.15 |  |  |

*History:*

| Details | | 16-1 | 05/30/2017 | Claim #16 filed by Tiger Electronic Inc., Amount claimed: $65672.15 (Ortiz, Amber) |
|---|---|---|---|---|

*Description:* 9/11/18: Order entered approving Stipulation re allowing priority claim in the amount of

*Remarks:*    $12,850.00 and as a general unsecured claim in the amount of $52,822.16

---

| Creditor:    (37541473) | Claim No: 17 | Status: |
|---|---|---|
| Winston Gu | *Original Filed Date*: 06/08/2017 | *Filed by*: CR |
| 659 Chippendale Ave | | *Entered by*: Amber Ortiz |
| Simi Valley, CA 93065 | *Original Entered Date*: 06/08/2017 | *Modified*: |

| Amount claimed: | $191000.00 |  |  |
|---|---|---|---|

*History:*

| Details | | 17-1 | 06/08/2017 | Claim #17 filed by Winston Gu, Amount claimed: $191000.00 (Ortiz, Amber) |
|---|---|---|---|---|

*Description:*    OK

*Remarks:*

---

| Creditor:    (37541473) | Claim No: 18 | Status: |
|---|---|---|
| Winston Gu | *Original Filed Date*: 06/08/2017 | *Filed by*: CR |
| 659 Chippendale Ave | | *Entered by*: Amber Ortiz |
| Simi Valley, CA 93065 | *Original Entered Date*: 06/08/2017 | *Modified*: |

| Amount claimed: | $2389266.70 |  |  |
|---|---|---|---|

*History:*

| Details | | 18-1 | 06/08/2017 | Claim #18 filed by Winston Gu, Amount claimed: $2389266.70 (Ortiz, Amber) |
|---|---|---|---|---|

*Description:*    OK

*Remarks:*

---

| Creditor:    (37541450) | Claim No: 19 | Status: |
|---|---|---|
| Frontier Electronics Corp. | *Original Filed Date*: 06/08/2017 | *Filed by*: CR |
| 667 Cochran St. | | *Entered by*: Amber Ortiz |
| Simi Valley, CA 93065 | *Original Entered* | *Modified*: |

*History:*

| Details | | 19-1 | 06/08/2017 | Claim #19 filed by Frontier Electronics Corp., Amount claimed: $134340.00 (Ortiz, Amber) |
|---|---|---|---|---|

*Description:*    OK

*Remarks:*

| | | | Date: 06/08/2017 | | |

| Amount | claimed: | $134340.00 | | | |

| History: | | | | |
| --- | --- | --- | --- | --- |
| Details | 19-1 | 06/08/2017 | Claim #19 filed by Frontier Electronics Corp., Amount claimed: $134340.00 (Ortiz, Amber) |

| Description: |

| Remarks: |

| Creditor:      (37952967) Fethi Sahman c/o Hilaire McGriff PC 601 S. Figueroa St Suite 4050 Los Angeles, CA 90017 | Claim No: 20 *Original Filed Date*: 07/25/2017 *Original Entered Date*: 07/25/2017 | Status: *Filed by*: CR *Entered by*: Amber Ortiz *Modified*: |

| Amount | claimed: | $300000.00 | | | |

| History: | | | | |
| --- | --- | --- | --- | --- |
| Details | 20-1 | 07/25/2017 | Claim #20 filed by Fethi Sahman c/o Hilaire McGriff PC, Amount claimed: $300000.00 (Ortiz, Amber) |
| | 129 | 06/12/2018 | Motion RE: Objection to Claim Number 20,21 by Claimant Fethi Sahman, Pitney Bowes Global Financial Services LLC. *; Notice of Motion; Declaration of Sandra K. McBeth in Support Thereof; with Proof of Service* Filed by Trustee Sandra McBeth (TR) (McBeth (TR), Sandra) |

| Description:    8/8/18: Order subordinating claim to timely filed general unsecured claims entered |

| Remarks: |

| Creditor:      (38135837) PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC 27 WATERVIEW DR, 3RD FLOOR SHELTON CT 06484 | Claim No: 21 *Original Filed Date*: 10/26/2017 *Original Entered Date*: 10/26/2017 | Status: *Filed by*: CR *Entered by*: Brad Handy *Modified*: |

| Amount | claimed: | $3694.18 | | | |

| History: | | | | |
| --- | --- | --- | --- | --- |
| Details | 21-1 | 10/26/2017 | Claim #21 filed by PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC, Amount claimed: $3694.18 (Handy, Brad) |
| | 129 | 06/12/2018 | Motion RE: Objection to Claim Number 20,21 by Claimant Fethi Sahman, Pitney Bowes Global Financial Services LLC. *; Notice of Motion; Declaration of Sandra K. McBeth in Support Thereof; with Proof of Service* Filed by Trustee Sandra McBeth (TR) (McBeth (TR), Sandra) |

| Description:    8/8/18: Order subordinating claim to timely filed general unsecured claims entered |

| Remarks: |

## Claims Register Summary

**Case Name:** Autec Power Systems Inc.

**Case Number:** 9:16-bk-12433-DS
**Chapter:** 7
**Date Filed:** 12/31/2016
**Total Number Of Claims:** 21

| | |
|---|---|
| **Total Amount Claimed\*** | $6614213.76 |
| **Total Amount Allowed\*** | |

*\*Includes general unsecured claims*

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $500062.50 | |
| **Priority** | $97786.57 | |
| **Administrative** | | |

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/14/2018 12:46:00 | | |
| **PACER Login:** | SKMcBethTrustee:2988441:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 9:16-bk-12433-DS Filed or Entered From: 1/1/1900 Filed or Entered To: 8/14/2018 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 9:16-BK-12433
Case Name: AUTEC POWER SYSTEMS INC.
Trustee Name: Sandra K. McBeth

**Balance on hand:** $ 309,635.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Citibank, N.A. | 500,062.50 | 500,062.50 | 532,015.99 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 309,635.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Sandra K. McBeth | 46,491.50 | 0.00 | 46,491.50 |
| Trustee, Expenses - Sandra K. McBeth | 1,256.50 | 0.00 | 1,256.50 |
| Charges, U.S. Bankruptcy Court | 1,050.00 | 0.00 | 1,050.00 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 800.00 | 0.00 | 800.00 |
| Attorney for Trustee Fees (Other Firm) - Griffith & Thornburgh, LLP | 59,720.50 | 0.00 | 59,720.50 |
| Attorney for Trustee Expenses (Other Firm)  - Griffith & Thornburgh, LLP | 6,714.07 | 0.00 | 6,714.07 |
| Accountant for Trustee Fees (Other Firm) - M. Kathleen Klein, CPA | 2,585.50 | 0.00 | 2,585.50 |
| Accountant for Trustee Expenses (Other Firm) - M. Kathleen Klein, CPA | 113.19 | 0.00 | 113.19 |
| Field Representative/Adjuster for Trustee Expenses - Regis Boyle | 1,432.50 | 0.00 | 1,432.50 |

Total to be paid for chapter 7 administrative expenses: $ 120,163.76
Remaining balance: $ 189,471.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     189,471.59

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,800.90 must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | WWPM, Inc. | 12,850.00 | 0.00 | 12,850.00 |
| 9P | WWPM, Inc. | 0.00 | 0.00 | 0.00 |
| 14 | Eastern Components Sales Corp. Timothy J. Murphy | 4,100.90 | 0.00 | 4,100.90 |
| 16P | Tiger Electronic Inc. | 12,850.00 | 0.00 | 12,850.00 |

Total to be paid for priority claims:     $     29,800.90
Remaining balance:     $     159,670.69

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
     Timely claims of general (unsecured) creditors totaling $5,764,783.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Billiontek Group c/o Deheng Law Office | 204,612.49 | 0.00 | 5,667.28 |
| 3 | Dun & Bradstreet c/o RMS Bankruptcy Services | 61.00 | 0.00 | 1.69 |
| 4U | WWPM, Inc. | 1,888.52 | 0.00 | 52.31 |
| 5 | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 7 | FEDEX CORPORATE SERVICES INC | 1,210.64 | 0.00 | 33.53 |
| 8 | Vencient Barnes | 102,393.76 | 0.00 | 2,836.06 |
| 9U | WWPM, Inc. | 0.00 | 0.00 | 0.00 |
| 10 | Super X Manufacturing Ltd | 247.30 | 0.00 | 6.85 |
| 11 | Zon LED, LLC | 2,088,407.15 | 0.00 | 57,843.88 |
| 12 | Inventronics USA, Inc. | 762.96 | 0.00 | 21.13 |
| 13 | Inventronics USA, Inc. | 87,630.45 | 0.00 | 2,427.15 |
| 15 | Leader Electronics Inc. | 510,140.07 | 0.00 | 14,129.66 |
| 16U | Tiger Electronic Inc. | 52,822.16 | 0.00 | 1,463.04 |
| 17 | Winston Gu | 191,000.00 | 0.00 | 5,290.24 |
| 18 | Winston Gu | 2,389,266.70 | 0.00 | 66,176.97 |
| 19 | Frontier Electronics Corp. | 134,340.00 | 0.00 | 3,720.90 |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for timely general unsecured claims:    $    159,670.69
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $303,694.18 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Fethi Sahman c/o Hilaire McGriff PC | 300,000.00 | 0.00 | 0.00 |
| 21 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 3,694.18 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:    $    0.00
Remaining balance:    $    0.00

UST Form 101-7-TFR(5/1/2011)