**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN (SANTA BARBARA) DIVISION**

In re:    AUTEC POWER SYSTEMS INC.    § Case No. 9:16-12433-DS
§
§
Debtor(s)    §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Sandra K. McBeth, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $4,151,144.00 *(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants:  $721,487.58 | Claims Discharged Without Payment:  $6,417,901.44 |
| Total Expenses of Administration:  $143,592.50 | |

3) Total gross receipts of $865,080.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $865,080.08 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 500,062.50 | 500,062.50 | 532,015.99 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 143,592.50 | 143,592.50 | 143,592.50 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 44,539.42 | 29,800.90 | 29,800.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,074,879.76 | 6,068,811.85 | 6,068,477.38 | 159,670.69 |
| **TOTAL DISBURSEMENTS** | **$7,074,879.76** | **$6,757,006.27** | **$6,741,933.28** | **$865,080.08** |

     4) This case was originally filed under Chapter 7 on 12/31/2016. The case was pending for 28 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2019    By: /s/ Sandra K. McBeth, Trustee
                                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $182025. Doubtful/Uncollectible accounts = $0. | 1121-000 | 29,543.70 |
| ADV #17-01053: Turnover of account receivable from Arrow Electronics Inc | 1121-000 | 77,140.98 |
| ADV #17-01055: Turnover of account receivable from Lightolier, a division of Philips Lighting | 1121-000 | 7,156.35 |
| autec.com. Valuation Method: Liquidation | 1129-000 | 827.50 |
| Checking Account at Wells Fargo, xxxxxx2440 | 1129-000 | 4,565.20 |
| Checking Account at Wells Fargo, xxxxxx2959 | 1129-000 | 373,461.21 |
| Finished goods: Inventory. Detailed list provided to Trustee, 12/31/2015, Net Book Value: 0, Valuation Method: Liquidati | 1129-000 | 145,494.50 |
| Intellectual Property on models manufactured by Autec include: 1- FP2011-U1 2- DT36 series 3- LWX-096-xxxSx series 4- LW | 1129-000 | 139,597.50 |
| Warehouse equipment. Includes forklift, racks, and other equipment. Cost: $19,400.34. Valuation Method: Liquidation | 1129-000 | 18,205.00 |
| Tax refund | 1224-000 | 200.00 |
| Underwriters Laboratories account for file **4592 | 1229-000 | 20,000.00 |
| Preference to Frontier Electronics | 1241-000 | 48,610.00 |
|  | 1280-002 | 250.00 |
| Refund on VSP Group plan | 1290-000 | 28.14 |
| **TOTAL GROSS RECEIPTS** |  | **$865,080.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Citibank, N.A. | 4210-000 | 0.00 | 500,062.50 | 500,062.50 | 532,015.99 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$500,062.50** | **$500,062.50** | **$532,015.99** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sandra K. McBeth | 2100-000 | N/A | 46,491.50 | 46,491.50 | 46,491.50 |
| Sandra K. McBeth | 2200-000 | N/A | 1,256.50 | 1,256.50 | 1,256.50 |
| Regis Boyle | 3991-400 | N/A | 1,432.50 | 1,432.50 | 1,432.50 |
| Griffith & Thornburgh, LLP | 3210-000 | N/A | 59,720.50 | 59,720.50 | 59,720.50 |
| Griffith & Thornburgh, LLP | 3220-000 | N/A | 6,714.07 | 6,714.07 | 6,714.07 |
| M. Kathleen Klein, CPA | 3410-000 | N/A | 2,585.50 | 2,585.50 | 2,585.50 |
| M. Kathleen Klein, CPA | 3420-000 | N/A | 113.19 | 113.19 | 113.19 |
| United States Bankruptcy Court | 2700-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| International Sureties LTD | 2300-000 | N/A | 323.38 | 323.38 | 323.38 |
| Trustee Insurance Agency . | 2420-750 | N/A | 9,419.17 | 9,419.17 | 9,419.17 |
| Rabobank, N.A. | 2600-000 | N/A | 13,686.19 | 13,686.19 | 13,686.19 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$143,592.50** | **$143,592.50** | **$143,592.50** |

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | WWPM, Inc. | 5800-000 | 0.00 | 12,850.00 | 12,850.00 | 12,850.00 |
| 9P | WWPM, Inc. | 5800-000 | 0.00 | 14,738.52 | 0.00 | 0.00 |
| 14 | Eastern Components Sales Corp. Timothy J. Murphy | 5800-000 | 0.00 | 4,100.90 | 4,100.90 | 4,100.90 |
| 16P | Tiger Electronic Inc. | 5800-000 | 0.00 | 12,850.00 | 12,850.00 | 12,850.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$44,539.42** | **$29,800.90** | **$29,800.90** |

**EXHIBIT 7 - GENERAL UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Billiontek Group c/o Deheng Law Office | 7100-000 | 162,645.01 | 204,612.49 | 204,612.49 | 5,667.28 |
| 3 | Dun & Bradstreet c/o RMS Bankruptcy Services | 7100-000 | 61.00 | 61.00 | 61.00 | 1.69 |
| 4P | WWPM, Inc. | 7100-000 | 0.00 | 1,888.52 | 1,888.52 | 52.31 |
| 5 | FRANCHISE TAX BOARD | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | FEDEX CORPORATE SERVICES INC | 7100-000 | 1,441.00 | 1,210.64 | 1,210.64 | 33.53 |
| 8 | Vencient Barnes | 7100-000 | 0.00 | 102,393.76 | 102,393.76 | 2,836.06 |
| 9P | WWPM, Inc. | 7100-000 | 0.00 | 334.47 | 0.00 | 0.00 |
| 10 | Super X Manufacturing Ltd | 7100-001 | 247.00 | 247.30 | 247.30 | 6.85 |
| 11 | Zon LED, LLC | 7100-000 | 2,000,000.00 | 2,088,407.15 | 2,088,407.15 | 57,843.88 |
| 12 | Inventronics USA, Inc. | 7100-000 | 763.00 | 762.96 | 762.96 | 21.13 |
| 13 | Inventronics USA, Inc. | 7100-000 | 87,630.00 | 87,630.45 | 87,630.45 | 2,427.15 |
| 15 | Leader Electronics Inc. | 7100-000 | 561,038.00 | 510,140.07 | 510,140.07 | 14,129.66 |
| 16P | Tiger Electronic Inc. | 7100-000 | 0.00 | 52,822.16 | 52,822.16 | 1,463.04 |
| 17 | Winston Gu | 7100-000 | 0.00 | 191,000.00 | 191,000.00 | 5,290.24 |
| 18 | Winston Gu | 7100-000 | 3,236,990.00 | 2,389,266.70 | 2,389,266.70 | 66,176.97 |
| 19 | Frontier Electronics Corp. | 7100-000 | 514,970.00 | 134,340.00 | 134,340.00 | 3,720.90 |
| 20 | Fethi Sahman c/o Hilaire McGriff PC | 7200-000 | 0.00 | 300,000.00 | 300,000.00 | 0.00 |
| 21 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 7200-000 | 0.00 | 3,694.18 | 3,694.18 | 0.00 |
| NOTFILED | Xing Yuan Electronic (HK) LTD NO | 7100-000 | 61,695.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Mileage Plus | 7100-000 | 1,212.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Underwriters Laboratories, Inc. | 7100-000 | 3,033.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | U-Rent, Inc. | 7100-000 | 49.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shinelight Technology Ltd. | 7100-000 | 55,755.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | P-Electronic Co Ltd | 7100-000 | 17,797.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Outstanding Wisdom, Ltd. | 7100-000 | 173,120.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Newark Element14 | 7100-000 | 53.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mouser Electronics, Inc. | 7100-000 | 31.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Leader Mutual Freight System Inc | 7100-000 | 12,160.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Howard Gu | 7100-000 | 3,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hong Kong TAC Industrial Co Ltd | 7100-000 | 23,092.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hangzhou P-Electronic Co., LTD | 7100-000 | 24,247.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Futech Electronics Co | 7100-000 | 95,304.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | EOS Power India Pvt Ltd Home of the EOS Brand of Power Supp | 7100-000 | 9,516.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Digitkey Corporation | 7100-000 | 206.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cotek Electronic Ind. Co., LTD | 7100-000 | 18,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citi Costco | 7100-000 | 75.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citi Costco | 7100-000 | 365.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Canadian Power Conversion Inc | 7100-000 | 1,978.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bolton & Company Insurance Brokers | 7100-000 | 2,046.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bluetek Power | 7100-000 | 5,540.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A & D Hauling Services, Inc. | 7100-000 | 820.75 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$7,074,879.76** | **$6,068,811.85** | **$6,068,477.38** | **$159,670.69** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 9:16-BK-12433 DS | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | Filed (f) or Converted (c): | 12/31/16 (f) |
| | | §341(a) Meeting Date: | 02/06/17 |
| Period Ending: | 05/17/19 | Claims Bar Date: | 06/09/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account at Citibank, xxxxxx6281 See Footnote (see footnote) | 2,762.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo, xxxxxx2440 See Footnote | 34,289.00 | 34,289.00 | | 4,565.20 | FA |
| 3 | Checking Account at Wells Fargo, xxxxxx2959 See Foonote | 315,234.00 | 315,234.00 | | 373,461.21 | FA |
| 4 | Deposits. See Footnote | 5,575.00 | 5,575.00 | | 0.00 | FA |
| 5 | Prepaid insurance See Footnote | 11,595.00 | 11,595.00 | | 0.00 | FA |
| 6 | Other prepayments See Footnote | 12,712.00 | 12,712.00 | | 0.00 | FA |
| 7 | A/R 90 days old or less. Face amount = $182025. Doubtful/Uncollectible accounts = $0. Asset # 22 & 23 - adversary cases filed to collect A/R. | 182,025.00 | 182,025.00 | | 29,543.70 | FA |
| 8 | Finished goods: Inventory. Detailed list provided to Trustee, 12/31/2015, Net Book Value: 0, Valuation Method: Liquidation See Footnote~~5/16/17: Order Abandoning remaining unsold goods/inventory | 1,049,234.00 | 549,234.00 | OA | 145,494.50 | FA |
| 9 | Furniture and office equipment. Cost: $143,479.67.. Valuation Method: Liquidation See Footnote~~Receipts reflected in asset 10~~5/16/17: Order Abandoning | 7,500.00 | 7,500.00 | OA | 0.00 | FA |
| 10 | Warehouse equipment. Includes forklift, racks, and other equipment. Cost: $19,400.34. Valuation Method: Liquidation See Footnote~~5/16/17: Order Abandoning | 5,000.00 | 5,000.00 | OA | 18,205.00 | FA |
| 11 | Engineering equipment. Cost: $163,142.73. Valuation Method: Liquidation See Footnote~~Receipts reflected in asset 10~~5/16/17: Order Abandoning | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 12 | Production Equipment. Cost: $145,041. Valuation Method: Liquidation See Footnote~~Receipts reflected in asset 10~~5/16/17: Order Abandoning | 6,000.00 | 6,000.00 | OA | 0.00 | FA |

Exhibit 8

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

| Case Number: | 9:16-BK-12433 DS | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | Filed (f) or Converted (c): | 12/31/16 (f) |
| | | §341(a) Meeting Date: | 02/06/17 |
| Period Ending: | 05/17/19 | Claims Bar Date: | 06/09/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Intellectual Property on models manufactured by Autec include: 1- FP2011-U1 2- DT36 series 3- LWX-096-xxxSx series 4- LWC050 series 5- LWC075 series 6- LWC100 series 7- LWV050 series 8- LWV075 series 9- LWV100 series 10- DT-250-XX series 11-CPS250-100 See Footnote~~ | 100,000.00 | 100,000.00 | | 139,597.50 | FA |
| 14 | Patents pending. Value included in information on models manufactured by Autec. Valuation Method: See Footnote~~Receipts reflected in asset 13 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 15 | autec.com. Valuation Method: Liquidation See Footnote | 1,000.00 | 1,000.00 | | 827.50 | FA |
| 16 | Customer list. Provided separately to Trustee. Debtor's officers will work with Trustee to determine value. Valuation Method: See Footnote | Unknown | Unknown | | 0.00 | FA |
| 17 | Autec Power Systems trademark. Valuation Method: Liquidation See Footnote | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 18 | Claim against Shinelight. Shinelight needs to be added as cross defendant or independently sued for claims by Zon LED against Autec, Defective products, fraud, negligence, misrepresentation. Amount Requested: $0 | 4,000,000.00 | Unknown | | 0.00 | FA |
| 19 | Refund on VSP Group plan (u) | Unknown | Unknown | | 28.14 | FA |
| 20 | Underwriters Laboratories account for file **4592 (u) | Unknown | 20,000.00 | | 20,000.00 | FA |
| 21 | Preference to Frontier Electronics (u) Original claim offset by administrative rent. Recovery per settlement, 95% of the offset sum.~~ | Unknown | 100,000.00 | | 48,610.00 | FA |
| 22 | ADV #17-01055: Turnover of account receivable from Lightolier, a division of Philips Lighting Part of asset # 7. Listed separately due to adversary case filed. Per approved settlement. Total amount not listed here to avoid duplication, but listed in asset #7. | Unknown | Unknown | | 7,156.35 | FA |
| 23 | ADV #17-01053: Turnover of account receivable from Arrow Electronics Inc Part of asset # 7. Listed separately due to adversary case filed, but totals included in asset #7 and not repeated here. | Unknown | Unknown | | 77,140.98 | FA |

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 3

| Case Number: | 9:16-BK-12433 DS | Trustee: | Sandra K. McBeth, Trustee |
| --- | --- | --- | --- |
| Case Name: | AUTEC POWER SYSTEMS INC. | Filed (f) or Converted (c): | 12/31/16 (f) |
| | | §341(a) Meeting Date: | 02/06/17 |
| Period Ending: | 05/17/19 | Claims Bar Date: | 06/09/17 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 24 | Tax refund (u) | Unknown | Unknown | | 200.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$5,837,926.00** | **$1,455,164.00** | | **$864,830.08** | **$0.00** |

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit 8

Page: 4

Regarding Property #1    Citibank maintains a UCC lien on assets 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17.  Disputed as to perfected against assets 2 and 3.  Lien noted on assets 1 and 8 only for purposes of reporting.

**Major activities affecting case closing:**
For period ending 3/31/18: Completed collection of account receivables and liquidation of assets.  Obtained authority for and paid secured creditor, after resolution of its claim, from proceeds.  Preference action against Frontier, company owned by principal's wife, settled with offset for rents.  Action against principal dismissed after documents and information finally obtained.  Remaining inventory and equipment abandoned, as no reasonable buyer obtained.  Advised the inventory is old and no longer useful.  Some discussions with large creditor re insurance assignment, but nothing completed.   Accountant to prepare final tax return, no tax issues currently present.  No claims objections necessary.  ETFR moved up based on final liquidation and tax returns.

For period ending 3/31/17: Electronics company which produced power strips (mfg in China), with UL certifications and plans/drawings/trademark ceased operations at end of year.  Warehouse full of inventory, A/R and funds on hand in accounts.  Funds collected, some A/R collected, small group of inventory sold to customer for whom it was made, Demicom purchased IP, equipment, trademark and very small amount of inventory.  Siemens paid the estate for authorization to use UL on their product.  Potential preferences and A/R to be pursued.  General counsel employed.  Regis Boyle employed to assist with liquidation.  401(k) terminated by plan administrator.  CPA employed and handled estate returns, tax issues on sales.  No other tax issues present.  Balance of inventory to be auctioned or abandoned.

For period ending 3/31/17
1. Application to Employ Griffith & Thornburg NPT to 1/4/17 filed.
2. Application to Employ Kathy Klein as CPA for Estate filed.
3. Application to Employ Regis as Paraprofessional for estate filed.
4. Motion for Cash disbursement to pay insurance filed.
5.  Negotiated sale of partial inventory to Harman at market price.  Motion filed and noticed on short time.
6.  Negotiated sale of IP, equipment and small inventory to Mr. Bunny, motion filed and noticed on short time.  Hrg set 3/21/17.
7.  IP documents received on thumb drive 3/7.  In lockbox pending sale to Mr. Bunny.
8.  Waiting for underlying invoices to send out demands.
9.  Contacted Wespac re termination of 401k.  Debtor requested termination 30 days before filing, so process underway.  As of 3/16, all but two have removed their funds, and Wespac will finish up.
10. Negotiated sale of UL File No. S24592 Trademark to Siemens Industry at market price.  Motion filed and noticed on short time.
11.  Overbid at hearing on sale to Mr. Bunny, sold to overbidder DemiCom, Inc. for $165,500.00, Bunny backup bid at $160,500
For period ending 3/31/18
12.  Sale of UL rights to Siemens, $20k, approved.
13.  Some documents re preference payments received, requested additional cancelled checks and bank statements 4/4/17.
14.  401k plan fully distributed.
15. Stipulation with Demicom, Inc. Regarding Estate's Refund of $250 Deposit by Demicom, Inc.
16. Notice of Intent to Abandon Assets filed.
17.  Demand to Frontier on preference.  Settlement reached and paid.
18.  Settlement with Frontier approved by Court. Motion to Approve Compromise filed.
19.  Complaint against Winston Gu for Recovery of money/property
20. Complaint against Arrow Electronics, Inc.. for Recovery of money/property & turnover of property
21.  Complaint by against Philips Electronics North America Corporation, Philips Lighting, Lightolier, a division of Philip sfor Recovery of money/property & turnover of property
22. Motion to Approve Compromise with Defendants Lightolier, Philips Lighting and Philips North America Corporation filed
23. Motion to Approve Compromise with Defendant Citibank filed
24. Motion to Approve Compromise  with Defendant Arrow Electronics, Inc. filed
25.  Dismiss Gu adversary upon review of accounting information provided by Debtor in discovery.
26.  2018 FTB fee admin claim. received.  $800.  Sent to CPA
27.  Per discussion with counsel, no objections to claims necessary.
28.  Advised Zon we will stipulate to relief if they want to pursue insurance, we will not hold case open to get involved.
29.  Advised CPA 2017 will be final return.
For period ending 3/31/19
30.  Final estate returns signed and mailed.
31. Request for court costs filed. Notice to Pay Court Costs Due $1050.00. Claim created.
32. Notice to Professionals filed.
33. Final Fee Application filed by paraprofessional Regis Boyle.  Claim created.

FORM 1     Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES     Page: 5

34. Final Fee Application filed by Attorney Griffith & Thornburgh.  Claim created.
35. Final Fee Application filed by CPA K. Klein.  Claim created.
36. Claim Objection to #20 & 21 for late filed claims filed.  Hearing set for 8/7/18.
37.  Emails to claims 4,9 and 16 for resolution of priority portion of the claim, deadline 8/29/18 for response.  If necessary, will file objections.
38. Stipulation with Creditor WWPM Inc re Claim #4 & 9 to allow Claim #4 as a priority claim in the amount of $12,850.00, and as a general unsecured claim in the amount of $1,888.52; and disallowing Claim #9 as duplicate of Claim 4 filed.
39. Stipulation with Creditor Tiger Electronics re Claim 16 to allow priority claim in the amount of $12,850.00 and as a general unsecured claim in the amount of $52,822.16 filed

1/23/17: Periodic review of case and update. Order approving application to Employ Griffith & Thornburg NPT to 1/4/17 entered
2/13/17: Order approving application to Employ Kathy Klein as CPA for Estate entered
2/13/17: Order approving application to Employ Regis as Paraprofessional for estate entered
2/13/17: Order approving Motion for Cash disbursement to pay insurance entered
2/14/17: Order approving sale of partial inventory to Harman. Entered.
2/17/17: Amended Order re Sale of Partial Inventory to Harman (to update inventory purchased) entered.
3/15/17: monthly a/r summary report to counsel for the bank.
3/21/17: Order approving sale to Demicom, Inc. and backup bid of Bunny. Entered.
4/4/17 - Order approving sale of UL rights to Siemens. Entered.
4/6/17 - Order approving Stipulation with Demicom, Inc. re Estate's Refund of $250 Deposit by Demicom, Inc. entered
4/7/17 - email from attorney Mansfield advising no further contact directly by Mr. Cohen to Mr. Gu.
4/7/17 - email from plan administrator that all retirement benefits in 401k have been distributed.  No further action needed. Periodic review of case and update.
6/28/17 - Preference complaint filed against Mr. Gu, principal, for loan payments made in 2016. Periodic review of case and update.
7/11/17 - Order approving compromise with Frontier on Preference. Entered.  (payment previously received).
7/14/17 - adversaries filed against Arrow and Philips on A/R.
9/7/17 - 2016 Estate returns signed and mailed.  No tax due.
9/18/1 - Order approving settlement with Lightolier, Philips Lighting and Philips North America Corporation entered
9/19/17 - Periodic review of case, tax issues and update.
10/02/17 - Order approving settlement with Citibank, payment on secured claim. Entered.
10/02/17 - Order approving settlement of adversary with Arrow. Entered.
10/18/17 - Confirmation final 401k return filed by administrator.
11/28/17 - Stipulation to dismiss Gu adversary. Filed. Dismissal Entered.
12/21/17 - Periodic review of case and update.
3/15/18 - Periodic review of case and update.
4/1/18 - CPA advised final return. Periodic review of case and update.
5/1/18 - Final returns signed and mailed.
6/6/18 - Federal Tax letter, acknowledgement not selected for audit. Received. Periodic review of case and update.
8/8/18: Order on Trustee's Claim Objection to #20 & 21 for late filed claims entered
9/11/18: Order approving Stipulation with Creditor WWPM Inc re Claim 4 & 9 entered. Periodic review of case and update.
9/11/18: Order approving Stipulation with Creditor Tiger Electronics re Claim 16 entered
10/22/18: Periodic review of case and update.
1/14/19: Periodic review of case and update.

**Initial Projected Date of Final Report (TFR):**  August 30, 2019     **Current Projected Date of Final Report (TFR):**  September 20, 2018 (Actual)

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 9:16-BK-12433 DS | | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1600 - Checking |
| Taxpayer ID#: | **-***5436 | | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/17 | Asset #2 | Wells Fargo Bank | Bank account turnover | 1129-000 | 4,005.52 | | 4,005.52 |
| 01/11/17 | Asset #2 | Wells Fargo Bank | Bank account turnover | 1129-000 | 559.68 | | 4,565.20 |
| 01/16/17 | Asset #3 | Wells Fargo Bank, NA | Turnover of funds held in primary account as of date petition filed. | 1129-000 | 326,279.83 | | 330,845.03 |
| 01/16/17 | Asset #7 | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 21,220.46 | | 352,065.49 |
| 01/16/17 | Asset #7 | LDV | Collection of pre-petition receivable | 1121-000 | 3,990.00 | | 356,055.49 |
| 01/24/17 | Asset #3 | Wells Fargo Bank, NA | Turnover of funds held in primary account | 1129-000 | 40,658.18 | | 396,713.67 |
| 01/30/17 | Asset #7 | CED, Inc | Collection of pre-petition receivable | 1121-000 | 77.76 | | 396,791.43 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 253.95 | 396,537.48 |
| 02/02/17 | Asset #8 | AMX LLC | Deposit for portion of inventory | 1129-000 | 85,075.38 | | 481,612.86 |
| 02/02/17 | Asset #7 | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 1,481.48 | | 483,094.34 |
| 02/02/17 | Asset #7 | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 854.70 | | 483,949.04 |
| 02/08/17 | Asset #7 | Sager Electrical Supply Co, Inc | Collection of pre-petition A/R. | 1121-000 | 1,139.60 | | 485,088.64 |
| 02/08/17 | Asset #3 | Wells Fargo Bank, NA | Turnover of funds held in primary account | 1129-000 | 6,523.20 | | 491,611.84 |
| 02/13/17 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT AS OF 02/03/2017, BOND PREMIUM NO. *****0867 PER GENERAL ORDER 00-01 | 2300-000 | | 40.09 | 491,571.75 |
| 02/14/17 | Asset #7 | Master Elecronics | Collection of pre-petition A/R. | 1121-000 | 754.70 | | 492,326.45 |
| 02/14/17 | Asset #19 | VSP | vision insurance premium refund | 1290-000 | 28.14 | | 492,354.59 |
| 02/15/17 | Asset #8 | AMX LLC (Harman) | Purchase of inventory | 1129-000 | 85,075.37 | | 577,429.96 |
| 02/15/17 | 102 | Trustee Insurance Agency . | Insurance for inventory and equipment, paid per Order entered 2/13/17 | 2420-750 | | 8,250.00 | 569,179.96 |
| 02/22/17 | Asset #8 103 | Harman International Industries, Incorporated | Refund of difference between deposit and value of parts unavailable to buyer, paid per Order entered 2/17/17 | 1129-000 | -31,276.25 | | 537,903.71 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 9:16-BK-12433 DS | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1600 - Checking |
| Taxpayer ID#: | **-***5436 | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/28/17 | | Delco Power-Bassam Bunny | Deposit for purchase of Assets | | 62,750.00 | | 600,653.71 |
| 02/28/17 | Asset #15 | | domain name                                250.00 | 1129-000 | | | 600,653.71 |
| 02/28/17 | Asset #13 | | IP - assets 13 and 14                  53,000.00 | 1129-000 | | | 600,653.71 |
| 02/28/17 | Asset #10 | | Assets 9-12, office warehouse and engineering equipment    7,000.00 | 1129-000 | | | 600,653.71 |
| 02/28/17 | Asset #8 | | small portion of inventory            2,500.00 | 1129-000 | | | 600,653.71 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 700.21 | 599,953.50 |
| 03/21/17 | | Demicom, Inc | Overbid deposit for purchase of IP, FFE and small amount of inventory | | 62,750.00 | | 662,703.50 |
| 03/21/17 | Asset #15 | | domain name                                250.00 | 1129-000 | | | 662,703.50 |
| 03/21/17 | Asset #13 | | IP - assets 13 and 14                  53,000.00 | 1129-000 | | | 662,703.50 |
| 03/21/17 | Asset #10 | | assets 9-12, machinery, office and production equipment    7,000.00 | 1129-000 | | | 662,703.50 |
| 03/21/17 | Asset #8 | | Small portion of inventory            2,500.00 | 1129-000 | | | 662,703.50 |
| 03/27/17 | | DEMICOM, INC. DBA UNIXO | balance of purchase of IP, equipment, fixtures | | 103,000.00 | | 765,703.50 |
| 03/27/17 | Asset #15 | | domain name                                577.50 | 1129-000 | | | 765,703.50 |
| 03/27/17 | Asset #13 | | IP - assets 13 and 14                  86,847.50 | 1129-000 | | | 765,703.50 |
| 03/27/17 | Asset #10 | | office warehouse equipment, engineering equip    11,205.00 | 1129-000 | | | 765,703.50 |
| 03/27/17 | Asset #8 | | Small portion of inventory            4,120.00 | 1129-000 | | | 765,703.50 |
| 03/27/17 | | | overpayment, to be refunded      250.00 | 1280-002 | | | 765,703.50 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 940.03 | 764,763.47 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 9:16-BK-12433 DS | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1600 - Checking |
| Taxpayer ID#: | **-***5436 | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/05/17 | 104 | International Sureties LTD | Bond Premium Payment as of 4/4/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 78.82 | 764,684.65 |
| 04/06/17 | 105 | Trustee Insurance Agency . | Insurance for inventory and equipment, paid per Order entered 2/13/17 | 2420-750 | | 419.17 | 764,265.48 |
| 04/06/17 | Asset #13 106 | DemiCom | Refund of overpayment | 1129-000 | -250.00 | | 764,015.48 |
| 04/10/17 | Asset #20 | Siemens Industry Inc | ACH Deposit - Purchase of Underwriters Laboratories account for file **4592 | 1229-000 | 20,000.00 | | 784,015.48 |
| 04/13/17 | 107 | Delco Power | Refund of deposit for purchase of assets, paid per Order entered March 21, 2017 | | -62,750.00 | | 721,265.48 |
| 04/13/17 | Asset #15 | Delco Power | Refund of deposit            -250.00 | 1129-000 | | | 721,265.48 |
| 04/13/17 | Asset #8 | Delco Power | Refund for deposit for        -2,500.00 purchase of assets | 1129-000 | | | 721,265.48 |
| 04/13/17 | Asset #10 | Delco Power | Refund for deposit, assets 9- -7,000.00 12 | 1129-000 | | | 721,265.48 |
| 04/13/17 | Asset #13 | Delco Power | Refund of deposit for         -53,000.00 purchase of assets, paid per Order entered March 21, 2017 | 1129-000 | | | 721,265.48 |
| 04/27/17 | 108 | Trustee Insurance Agency . | Insurance for inventory and equipment, paid per Order entered 2/13/17 | 2420-750 | | 750.00 | 720,515.48 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,022.28 | 719,493.20 |
| 05/02/17 | 109 | International Sureties LTD | Bond Premium Payment as of 5/2/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 23.19 | 719,470.01 |
| 05/08/17 | Asset #7 | Eastern Components Sales Corp | Account receivable - Invoice 62665 | 1121-000 | 25.00 | | 719,495.01 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,138.77 | 718,356.24 |
| 06/01/17 | Asset #21 | Frontier Electronics | Turnover of demand from preference payment | 1241-000 | 48,610.00 | | 766,966.24 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 4

| Case Number: | 9:16-BK-12433 DS | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1600 - Checking |
| Taxpayer ID#: | **-***5436 | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,100.83 | 765,865.41 |
| 07/06/17 | 110 | International Sureties LTD | Bond Premium Payment as of 7/6/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 8.95 | 765,856.46 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,064.85 | 764,791.61 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,210.14 | 763,581.47 |
| 09/28/17 | Asset #22 | Griffith & Thornburgh, LLP | Turnover of the account receivable from Lightolier, a division of Philips Lighting | 1121-000 | 7,156.35 | | 770,737.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,062.03 | 769,675.79 |
| 10/03/17 | 111 | Citibank NA | Paid per Order entered 10/2/17 | 4210-000 | | 532,015.99 | 237,659.80 |
| 10/04/17 | Asset #23 | Griffith & Thornburgh, LLP | Turnover of the account receivable from Arrow Electronics | 1121-000 | 77,140.98 | | 314,800.78 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 643.04 | 314,157.74 |
| 11/27/17 | Asset #24 | State of California | 2016 tax refund (overpayment) | 1224-000 | 200.00 | | 314,357.74 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 451.89 | 313,905.85 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 436.45 | 313,469.40 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 495.96 | 312,973.44 |
| 02/05/18 | 112 | International Sureties LTD | Bond Premium Payment as of 01/04/2018 [effective date], Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 172.33 | 312,801.11 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 420.05 | 312,381.06 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 449.31 | 311,931.75 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 433.71 | 311,498.04 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 492.89 | 311,005.15 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 432.42 | 310,572.73 |

Exhibit 9

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 5

| Case Number: | 9:16-BK-12433 DS | | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1600 - Checking |
| Taxpayer ID#: | **-***5436 | | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 476.49 | 310,096.24 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 460.89 | 309,635.35 |
| 11/28/18 | 113 | Sandra K. McBeth | Case #16-12433 - Trustee Compensation paid per Order entered 11/28/2018 | 2100-000 | | 46,491.50 | 263,143.85 |
| 11/28/18 | 114 | Sandra K. McBeth | Case #16-12433 - Trustee Expenses paid per Order entered 11/28/2018 | 2200-000 | | 1,256.50 | 261,887.35 |
| 11/28/18 | 115 | United States Bankruptcy Court | Case #16-12433 - Court Costs paid per Order entered 11/28/2018 | 2700-000 | | 1,050.00 | 260,837.35 |
| 11/28/18 | 116 | Regis Boyle | Case #16-12433 - Paraprofessionaa expenses paid per Order entered 1/28/2018 | 3991-400 | | 1,432.50 | 259,404.85 |
| 11/28/18 | 117 | Griffith & Thornburgh, LLP | Case #16-12433 - Attorney for Trustee Fees (Other Firm) paid per Order entered 11/28/2018 | 3210-000 | | 59,720.50 | 199,684.35 |
| 11/28/18 | 118 | Griffith & Thornburgh, LLP | Case #16-12433 - Attorney for Trustee Expenses (Other Firm) paid per Order entered 11/28/2018 | 3220-000 | | 6,714.07 | 192,970.28 |
| 11/28/18 | 119 | M. Kathleen Klein, CPA | Case #16-12433 - Accountant for Trustee Fees (Other Firm) paid per Order entered 11/28/2018 | 3410-000 | | 2,585.50 | 190,384.78 |
| 11/28/18 | 120 | M. Kathleen Klein, CPA | Case #16-12433 - Accountant for Trustee Expenses (Other Firm) paid per Order entered 11/28/2018 | 3420-000 | | 113.19 | 190,271.59 |
| 11/28/18 | 121 | FRANCHISE TAX BOARD | Case #16-12433 - Dividend paid 100.00% on Admin Ch. 7 Claim 6-2 paid per Order entered 11/28/2018 | 2820-000 | | 800.00 | 189,471.59 |
| 11/28/18 | 122 | WWPM, Inc. | Case #16-12433 - Dividend paid 100.00% on Priority Claim 4P paid per Order entered 11/28/2018 | 5800-000 | | 12,850.00 | 176,621.59 |
| 11/28/18 | 123 | Eastern Components Sales Corp. Timothy J. Murphy | Case #16-12433 - Dividend paid 100.00% on Priority Claim 14 paid per Order entered 11/28/2018 | 5800-000 | | 4,100.90 | 172,520.69 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 6

| Case Number: | 9:16-BK-12433 DS | | Trustee: | Sandra K. McBeth, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | AUTEC POWER SYSTEMS INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1600 - Checking |
| Taxpayer ID#: | **-***5436 | | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/28/18 | 124 | Tiger Electronic Inc. | Case #16-12433 - Dividend paid 100.00% on Priority Claim 16P paid per Order entered 11/28/2018 | 5800-000 | | 12,850.00 | 159,670.69 |
| 11/28/18 | 125 | Billiontek Group / Creditors Adjustment Bureau Assignee | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 1 paid per Order entered 11/28/2018 | 7100-000 | | 5,667.28 | 154,003.41 |
| 11/28/18 | 126 | Dun & Bradstreet c/o RMS Bankruptcy Services | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 3 paid per Order entered 11/28/2018 | 7100-000 | | 1.69 | 154,001.72 |
| 11/28/18 | 126 | Dun & Bradstreet c/o RMS Bankruptcy Services | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 3 paid per Order entered 11/28/2018 | 7100-000 | | -1.69 | 154,003.41 |
| 11/28/18 | 127 | WWPM, Inc. | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 4U paid per Order entered 11/28/2018 | 7100-000 | | 52.31 | 153,951.10 |
| 11/28/18 | 128 | FEDEX CORPORATE SERVICES INC | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 7 paid per Order entered 11/28/2018 | 7100-000 | | 33.53 | 153,917.57 |
| 11/28/18 | 129 | Vencient Barnes | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 8 paid per Order entered 11/28/2018 | 7100-000 | | 2,836.06 | 151,081.51 |
| 11/28/18 | 130 | Super X Manufacturing Ltd | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 10 paid per Order entered 11/28/2018; Voided on 03/07/2019 | 7100-000 | | 6.85 | 151,074.66 |
| 11/28/18 | 131 | Zon LED, LLC | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 11 paid per Order entered 11/28/2018 | 7100-000 | | 57,843.88 | 93,230.78 |
| 11/28/18 | 132 | Inventronics USA, Inc. | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 12 paid per Order entered 11/28/2018 | 7100-000 | | 21.13 | 93,209.65 |
| 11/28/18 | 133 | Inventronics USA, Inc. | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 13 paid per Order entered 11/28/2018 | 7100-000 | | 2,427.15 | 90,782.50 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 7

| Case Number: | 9:16-BK-12433 DS | | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1600 - Checking |
| Taxpayer ID#: | **-***5436 | | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/28/18 | 134 | Leader Electronics Inc. | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 15 paid per Order entered 11/28/2018 | 7100-000 | | 14,129.66 | 76,652.84 |
| 11/28/18 | 135 | Tiger Electronic Inc. | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 16U paid per Order entered 11/28/2018 | 7100-000 | | 1,463.04 | 75,189.80 |
| 11/28/18 | 136 | Winston Gu | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 17 paid per Order entered 11/28/2018 | 7100-000 | | 5,290.24 | 69,899.56 |
| 11/28/18 | 137 | Winston Gu | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 18 paid per Order entered 11/28/2018 | 7100-000 | | 66,176.97 | 3,722.59 |
| 11/28/18 | 138 | Frontier Electronics Corp. | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 19 paid per Order entered 11/28/2018 | 7100-000 | | 3,720.90 | 1.69 |
| 11/28/18 | 139 | U.S. Bankruptcy Court | Dividend for Claim #3 (Under $5.00) Per Order Entered 11/28/18 | 7100-000 | | 1.69 | 0.00 |
| 03/07/19 | 130 | Super X Manufacturing Ltd | Case #16-12433 - Dividend paid 2.77% on Unsecured Claim 10 paid per Order entered 11/28/2018; Voided: Check issued on 11/28/2018 | 7100-000 | | -6.85 | 6.85 |
| 03/07/19 | | Signature Bank | Account close out; Transfer funds to opening acct at Signature Bank | 9999-000 | | 6.85 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 865,080.08 | 865,080.08 | $0.00 |
| Less: Bank Transfers | 0.00 | 6.85 | |
| **Subtotal** | 865,080.08 | 865,073.23 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$865,080.08** | **$865,073.23** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 8

| Case Number: | 9:16-BK-12433 DS | Trustee: | Sandra K. McBeth, Trustee |
|---|---|---|---|
| Case Name: | AUTEC POWER SYSTEMS INC. | Bank Name: | Signature Bank |
| | | Account: | ******1266 - Checking |
| Taxpayer ID#: | **-***5436 | Blanket Bond: | $3,250,000.00 (per case limit) |
| Period: | 01/01/16 - 05/17/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/06/19 | | Rabobank, N.A. | For voided check #130 | 9999-000 | 6.85 | | 6.85 |
| 03/07/19 | 1001 | United States Bankruptcy Court | Deposit of unclaimed dividends for Claim #10 | 7100-001 | | 6.85 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 6.85 | 6.85 | $0.00 |
| Less: Bank Transfers | 6.85 | 0.00 | |
| **Subtotal** | 0.00 | 6.85 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6.85** | |

| | |
|---|---|
| Net Receipts: | $865,080.08 |
| Less Other Noncompensable Items: | 250.00 |
| Net Estate: | $864,830.08 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1266** | 0.00 | 6.85 | 0.00 |
| **Checking # ******1600** | 865,080.08 | 865,073.23 | 0.00 |
| | $865,080.08 | $865,080.08 | $0.00 |